IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| THE ESTATE OF JENNIFER VORDERMANN, Deceased, by TINA EBERT, as Personal Representative and individually, and JEFF ELLINGSON,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF EDGERTON, THOMAS KLUBERTANZ, MICHAEL WILLIAMS, and CHRISTIAN CHILSON,<br><br>Defendants. | JUDGMENT IN A CIVIL CASE<br><br>Case No. 09-cv-443-wmc |

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants granting their motion for summary judgment and dismissing this case.

_____  　　　　　SEP 2 4 2010
Peter Oppeneer, Clerk of Court  　　　　　　　　Date